IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAULETTE ELLIS, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | CIVIL ACTION NO. H-02-4795 |
| } | |
| ALLSTATE INSURANCE COMPANY, and } | |
| ALLSTATE TEXAS LLOYD'S COMPANY } | |
| } | |
| Defendants. } | |

### FINAL SUMMARY JUDGMENT

On this day, May 13th, 2005, in the action pending between Plaintiff, Paulette Ellis and Defendant, Allstate Insurance Company, the court issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed as a matter of law, and the court hereby **ORDERS** that Plaintiff Paulette Ellis take nothing, and that Defendant, Allstate Insurance Company, is awarded its costs.

SIGNED at Houston, Texas, this 13th day of May, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE